UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

JAMES DEAN ODENEAL,

        Defendant.

Criminal No.   1:19-cr-00068

Violations:   18 U.S.C. § 7(3)
                18 U.S.C. § 1112

Kleeh
Aloi

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Voluntary Manslaughter)

On or about August 7, 2014, in Preston County, West Virginia, within the Northern Judicial District of West Virginia, defendant **JAMES DEAN ODENEAL**, at the United States Penitentiary at Hazelton, West Virginia, within the Special Maritime and Territorial Jurisdiction of the United States, on land acquired for the use of the United States and under its jurisdiction, upon a sudden quarrel and heat of passion knowingly did knowingly kill Steven Wilson Sorey, by stabbing him, in violation of Title 18, United States Code, Sections 7(3), and 1112.

                                              WILLIAM J. POWELL
                                              United States Attorney

                                              STEPHEN L. VOGRIN
                                              Assistant United States Attorney